# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **TAMEKIA LIVINGSTON-WILLIS** | **CIVIL CASE NO.  6:25-CV-00954** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **IBERIA COMPREHENSIVE COMMUNITY HEALTH CENTER INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 20] is correct and adopts the findings and conclusions therein as its own.  Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Defendants' MOTION TO DISMISS [Doc. 11] is GRANTED IN PART AND DENIED IN PART. The motion should be granted to dismiss Plaintiff's Title VII discrimination, hostile work environment, retaliation, ADA, and defamation claims. Plaintiff's Title VII discrimination, hostile work environment, retaliation, and ADA claims are DISMISSED WITH PREJUDICE. Plaintiff's defamation claims are DISMISSED WITHOUT PREJUDICE. The motion is denied to the extent Defendants seek to dismiss Plaintiff's FMLA retaliation and breach of contract claims.

IT IS FURTHER ORDERED that Plaintiff may within fourteen (14) days move to amend the complaint to better allege facts in support of her defamation claim. Any amended complaint shall exclude claims for Title VII discrimination, retaliation, hostile work environment, and ADA violations.

THUS DONE AND SIGNED in Chambers on this 1st day of December 2025.


_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE